IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HAWAII STAGE AND LIGHTING RENTALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KALANI RODRIGUES and ONSTAGE HAWAII, INC., <br><br> Defendants. | Civil No. 25-00132 MWJS-RT <br><br> ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE TO CONDUCT JURY TRIAL AND DENYING DEFENDANTS' MOTION TO WITHDRAW REFERENCE AS MOOT |

### ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE TO CONDUCT JURY TRIAL AND DENYING DEFENDANTS' MOTION TO WITHDRAW REFERENCE AS MOOT

On July 1, 2025, the U.S. Bankruptcy Judge Robert J. Faris issued a Recommendation to Withdraw Reference to Conduct Jury Trial.  *See* ECF No. 9-1.  Judge Faris further recommended that the adversary proceeding remain in bankruptcy court for all other purposes until ninety (90) days prior to the trial date.  *See id.* at PageID.62; *In re Healthcentral.com*, 504 F.3d 775, 788 (9th Cir. 2007).

On July 21, 2025, the court directed the parties to file any objections to the Recommendation by July 25, 2025.  ECF No. 10.  No party has objected to the Recommendation, and the court hereby ADOPTS the Recommendation.  The court also DENIES Defendants' Motion to Withdraw Reference, ECF No. 1, as moot.

Magistrate Judge Trader shall issue a scheduling order setting a trial date and related trial deadlines.  This matter will remain with the bankruptcy court for all other purposes until ninety (90) days before trial.

IT IS SO ORDERED.

DATED:  July 31, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge

---

Civil No. 25-00132 MWJS-RT; *Hawaii Stage and Lighting Rentals, Inc. v. Kalani Rodrigues, et al.*; ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE TO CONDUCT JURY TRIAL AND DENYING DEFENDANTS' MOTION TO WITHDRAW REFERENCE AS MOOT